**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

---

November 16, 2015

VIA ELECTRONIC FILING

Hon. Cheryl L Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Krangel v. American Coradius International LLC*
             Docket No. 1:15-cv-05289-RRM-CLP

Dear Judge Pollak,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter.  I further request the Court give the parties 45 days to file a notice of dismissal in this matter.  This time is necessary for the parties to execute an agreement in writing and allow the parties sufficient time to complete the terms of same.

    I thank the Court in advance for its consideration in this matter.

                        Respectfully Submitted,

                        LAW OFFICES OF DAVID PALACE
                        By:__s/David Palace_____
                        David Palace